[No. 11499–9–I.   Division One.   July 30, 1984.]

BERYL W. ASH, ET AL, *Appellants,* v. THE STATE OF WASHINGTON, *Respondent.*

H. DOYLE PERKINS, ET AL, *Appellants,* v. THE STATE OF WASHINGTON, *Respondent.*

Appeal from judgments of the Superior Court for King

County, Nos. 822635, 789704, Jim Bates, J., entered April 21, 1982. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Williams and Callow, JJ.